

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00113-CR

Roger **SOLIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0755B
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The trial court signed an order denying appellant's motion for post-conviction DNA testing in Cause No. 2009-CR-0755B on January 14, 2019. The notice of appeal was due to be filed on February 13, 2019. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on February 28, 2019. TEX. R. APP. P. 26.3. Appellant filed a notice of appeal on February 21, 2019. Appellant did not file a motion for extension of time. Because appellant did not timely file a notice of appeal or timely file a motion for extension of time, we lack jurisdiction over this appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

We, therefore, ORDER appellant to show cause **on or before March 25, 2019,** why this appeal should not be dismissed for lack of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court